**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

HAIHUA ZHOU

Plaintiff,

v.

Case No.: 1:26−cv−12395
Honorable Franklin U. Valderrama

HEFEIBILUANDIANZISHANGWUYOUXIANGONGSI

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 28, 2026:

MINUTE entry before the Honorable Laura K. McNally. Before the Court is Defendant's Motion for Protective Order [13], filed on 10/27/26. Defendant complains about informal demands allegedly presented by Zhiyu Liang, who was given leave to appear pro hac vice for Plaintiff on 10/28/26. To the extent that the motion is based on the belief that Zhiyu Liang was not counsel of record, that basis is now moot. To the extent that the motion is based on the tone of the informal demands, the motion provides no factual basis on which the Court could evaluate Defendant's characterizations. On this record, the Court will not preclude Plaintiff's counsel of record from communicating with Defendant's counsel of record. The motion is denied. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.